UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD B. SPENCER,<br><br>        Plaintiff,<br><br>    v.<br><br>STUART SHERMAN, et al.,<br><br>        Defendants. | Case No.: 1:21-cv-01551-JLT-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANT SHERMAN<br><br>(Doc. 20) |

      Edward Spencer seeks to hold the defendants liable for violations of his Eighth Amendment rights while incarcerated at the California Substance Abuse Treatment Facility. (*See generally* Doc. 16.) The assigned magistrate judge screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff stated a cognizable claim for failure to protect against Defendant Lopez. (Doc. 17 at 4-10.) However, the magistrate judge determined that Plaintiff failed to state a cognizable claim against Defendant Sherman, the warden at SATF. (*Id.* at 8-9.) In response to the Screening Order, Plaintiff indicated his willingness to proceed only on the cognizable claim. (Doc. 18.)

      Following receipt of the notice from Plaintiff, the magistrate judge reiterated the findings made in the Screening Order and recommended the action proceed only on the cognizable claim. (Doc. 20.) In addition, the magistrate judge recommended the Court dismiss Warden Sherman as a defendant and the remaining claims in the complaint. (*Id.* at 2.)

The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days. (Doc. 20 at 2.) The Court advised him that the "failure to file any objections within the specified time may result in the waiver of certain rights on appeal." (*Id.* at 3, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court conducted a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on May 16, 2025 (Doc. 20) are **ADOPTED** in full.
2. This action **PROCEEDS** only on Plaintiff's Eighth Amendment failure to protect claim against Defendant D. Lopez.
3. Stuart Sherman is **DISMISSED** as a defendant from this action.
4. Any remaining claims in Plaintiff's first amended complaint are **DISMISSED**.
5. The Clerk of Court is directed to update the docket.

IT IS SO ORDERED.

Dated:   **June 12, 2025**

UNITED STATES DISTRICT JUDGE

2